

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL



SDNY
...
...ONICALLY FILED
...LED: APR 1 ... 2008

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Writer's Direct Dial:
(212) 416-8612

April 17, 2008

**SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

**BY HAND**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 630
New York, NY 10007

Re:   Brown v. Goldstein, et. al., 08-CV-2207 (GBD)(AJP)

Dear Judge Daniels:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. I represent defendant Lori Beth Goldstein, M.D., who has been served and has requested representation. To date, the other named defendants, C.O. N. Davis, Sgt. Furness, and the New York Department of Corrections, have not been served and have not requested representation from our office.

I respectfully write to request an extension of defendant Goldstein's time to answer or otherwise move with respect to plaintiff's complaint from April 21, 2008 up to and including June 6, 2008. I have not sought the consent of the pro se plaintiff as she is currently incarcerated and I wanted to make the request forthwith. No previous requests for an extension of time have been made.

An extension of time is necessary to investigate the facts alleged in the complaint, obtain the necessary documents, and prepare an appropriate response. An extension of time would also allow the plaintiff to serve the additional defendants, who, based on the complaint, appear to be State defendants, and in the interest of judicial economy, would permit an answer to be filed

Hon. George B. Daniels  
April 17, 2008

Brown v. Goldstein  
Page 2

on behalf of all defendants at the same time. By making such a request, we are not waiving any rights the defendants not yet served may have, including the right not to appear or the right to answer or move with respect to lack of personal jurisdiction.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Inna Reznik  
                                  Assistant Attorney General

cc:    Lyndira Brown (by first class mail)  
       DIN # 03-60757  
       Bedford Hills Correctional Facility  
       247 Harris Road  
       Bedford Hills, New York 10507-2496

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers  
http //www.oag state.ny us