STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 2 2008

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Writer's Direct Dial:
(212) 416-8612

May 9, 2008

**BY FAX (212) 805-6737**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**
The conference is adjourned to
July 9, 2008 at 9:30 a.m.
*/s/ George B. Daniels*
MAY 1 2 2008
HON. GEORGE B. DANIELS

Re: Brown v. Goldstein, et. al., 08-CV-2207 (GBD)(AJP)

Dear Judge Daniels:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. I represent defendant Dr. Goldstein, and anticipate representing the other defendants, C.O. N. Davis, Sgt. Furness, and the New York Department of Correctional Services, once services is effectuated and they request representation from this office. I respectfully write to request an adjournment of the scheduling conference from May 13, 2008 to June 30, 2008.

An adjournment is requested because in the interest of judicial economy, the scheduling conference should be held after all the defendants have been served and have responded to the complaint. This extension would allow plaintiff the opportunity to effectuate service on the remaining defendants. I have not sought the consent of the pro se plaintiff as she has recently been released from Bedford Hills Correctional Facility and her telephone number is not on file with the Pro Se Office or the Court. No previous requests for an adjournment of the scheduling conference have been made.

Honorable George B. Daniels  
May 9, 2008

Brown v. Goldstein  
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

Inna Reznik  
Assistant Attorney General

cc:   Lyndira Brown (by first class mail)  
      168 East 107th Street  
      Apt# 4B  
      New York, NY 10029

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-8075 · Not For Service of Papers  
http://www.oag.state.ny.us